# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ROGER D. MOSBY,
ADC #63018                                                                                                PLAINTIFF

v.                                              No. 5:10CV00275 JLH-JTK

LARRY MAY, et al.                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 3rd day of November, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE